CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 2 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN, <br>     Plaintiff, | ) <br> )   Civil Action No. 7:06cv00364 <br> ) |
| v. | )   **MEMORANDUM OPINION** <br> ) <br> ) |
| JOHN DOES, et al., <br>     Defendants. | )   By: Samuel G. Wilson <br> )   United States District Judge |

Plaintiff Quentin McLean, a Virginia prisoner proceeding pro se, brings this action for damages pursuant to 42 U.S.C. § 1983. However, this court has dismissed three of McLean's previous complaints for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).[1] Therefore, McLean may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As McLean has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury,"[2] the court dismisses his complaint without prejudice and denies his motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).[3]

---

[1] See McLean v. Mr. Fleming, et al., Civil Action No. 7:98cv00731 (W.D. Va. January 13, 1999); McLean v. J. Bolling, et al., Civil Action No. 7:99cv00221 (W.D. Va. May 10, 1999); McLean v. Schillin, et al., Civil Action No. 7:99cv00318 (W.D. Va. July 20, 1999).

[2] McLean merely makes vague allegations that unnamed defendants have conspired to threaten, extort, kidnap, poison, and otherwise cause him to suffer a "prolonged death." However, he has not alleged any facts which support his claims that there is a conspiracy against him nor that defendants have acted in furtherance of the alleged conspiracy. Furthermore, McLean has not alleged that he has suffered any actual injury nor that he is at risk of immediate harm because of the unnamed defendants' actions.

[3] The court has previously notified McLean that he may not file civil actions in this court unless he either pays the filing fee or demonstrates that he is under imminent danger of serious physical injury. Therefore, the court will not give McLean additional time to pay the filing fee or amend his complaint.

1

The Clerk is directed to send a certified copy of this Memorandum Opinion to the plaintiff.

**ENTER:** This 22nd day of June, 2006.

/s/ _____
UNITED STATES DISTRICT JUDGE