CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 2 2006

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN, | ) |
|     Plaintiff, | )    Civil Action No. 7:06cv00364 |
| | ) |
| v. | )    **FINAL ORDER** |
| | ) |
| JOHN DOES, et al., | )    By: Samuel G. Wilson |
|     Defendants. | )    United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED**, and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 224 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE